No. 144. WOOD & SELICK, INC. *v.* CANISTER Co.; and
No. 209. CANISTER Co. *v.* WOOD & SELICK, INC. October 14, 1935. Petitions for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Walter L. McDermott* for Wood & Selick, Inc. *Messrs. Frederic L. Ballard* and *John V. Lovitt* for Canister Co.

No. 146. HOLMAN ET AL. *v.* GULF REFINING Co. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Conard E. Cooper, J. O. Modisette,* and *Thaddeus G. Benton* for petitioners. *Messrs. H. L. Stone, S. L. Herold,* and *John E. Green, Jr.,* for respondents.

No. 148. AMERICAN CASUALTY Co. *v.* CLAVERIE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles G. Lee, Jr.,* for petitioner. No appearance for respondent.

No. 150. MACHO, ADMINISTRATOR, *v.* BROWN ET AL., EXECUTORS. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Messrs. Wm. J. Hughes, Jr., Edward J. Callahan,* and *H. Stanley Hanson* for petitioner. *Messrs. Preston B. Kavanagh, Karl D. Loos,* and *Preston C. King, Jr.,* for respondents.

No. 152. REALTY ACCEPTANCE CORP. *v.* MONTGOMERY. October 14, 1935. Petition for writ of certiorari to the